UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | No. 24-cr-226-3 (BAH) |
| | : | |
| v. | : | |
| | : | |
| TREVON PALMER, | : | |
| | : | |
| Defendant. | : | |

## JOINT MOTION TO CONTINUE PLEA HEARING

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and defendant Trevon Palmer, by and through undersigned counsel, respectfully submits this joint motion to continue the plea hearing date, currently scheduled for September 5, 2025.

On September 2, 2025, the United States filed its motion to briefly stay pretrial deadlines and request for a change of plea hearing date. In a September 3, 2025 minute order, the Court granted the motion and scheduled a change of plea hearing for September 5, 2025. Defense counsel, however, has advised that she is not available on that date. The parties have conferred further and are available at the Court's convenience on the following dates for a change of plea hearing: September 11, September 12, and September 15, 2025.[1]

A brief continuance is not only necessary to ensure counsel's availability, but it will also ensure that any outstanding matters regarding the plea paperwork are sufficiently resolved in

---

[1] The parties have not requested that the October 6, 2025 trial date be vacated. However, should the matter not result in pretrial resolution as anticipated on the date scheduled for the plea hearing, the government will request that the Court grant a relatively brief continuance to the start of trial to ensure all motions are sufficiently briefed in advance of trial. Defense has advised that there will be no objections to any such request.

advance of any hearing.  It will also allow the parties time to comply with the Court's standing order and provide courtesy copies at least five business days in advance of the hearing.

WHEREFORE, the parties respectfully requests that a change of plea hearing be continued.

Respectfully submitted,

JEANINE FERRIS PIRRO
UNITED STATES ATTORNEY

BY   /s/
Heather Shaner, Esq.
Counsel for Trevon Palmer

BY   /s/ Andrea Duvall
SOLOMON EPPEL
DC Bar No. 1046323
ANDREA DUVALL
AR Bar No. 2013114
Assistant United States Attorneys
601 D Street, NW
Washington, D.C. 20530